IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARRAY BIOPHARMA INC., LOXO ONCOLOGY, INC., BAYER CONSUMER CARE AG, BAYER HEALTHCARE LLC, and BAYER HEALTHCARE PHARMACEUTICALS INC., Plaintiffs, v. ALEMBIC PHARMACEUTICALS LIMITED and ALEMBIC PHARMACEUTICALS, INC., Defendants. | C.A. No. 25-1016 (JCG) **ANDA CASE** |

**PLAINTIFFS' ANSWER TO ALEMBIC'S COUNTERCLAIMS**

Plaintiffs Array Biopharma Inc. ("Array"), Loxo Oncology, Inc. ("Loxo"), Bayer Consumer Care AG ("BCC"), Bayer HealthCare LLC ("BHC"), Bayer HealthCare Pharmaceuticals Inc. ("BHCPI") (Array, Loxo, BCC, BHC, and BHCPI are collectively referred to herein as "Plaintiffs") hereby answer the counterclaims of Defendants and Counterclaim Plaintiffs Alembic Pharmaceuticals Limited ("APL") and Alembic Pharmaceuticals, Inc. ("API") (APL and API are collectively referred to herein as "Alembic"), using the paragraph numbers of Alembic's Answer, Affirmative Defenses and Counterclaims, D.I. 39, as follows:

## THE PARTIES

1. Upon information and belief, admitted.

2. Upon information and belief, admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

## NATURE OF THE ACTION

8. The allegations of paragraph 8 are legal conclusions to which no response is required. To the extent a response is required, denied that Alembic is entitled to any of the relief that it seeks.

9. The allegations of paragraph 9 are legal conclusions to which no response is required. To the extent a response is required, denied that Alembic is not liable for infringement of the Patents-in-Suit, and further denied that Alembic is entitled to any relief that it seeks.

10. The allegations of paragraph 10 are legal conclusions to which no response is required. To the extent a response is required, Plaintiffs admit that there is an actual, continuing, and substantial case or controversy between Plaintiffs and

Alembic regarding the alleged infringement and validity of the Patents-In-Suit, but denied that Alembic is entitled to any of the relief that it seeks.

## JURISDICTION AND VENUE

11. The allegations of paragraph 11 are legal conclusions to which no response is required. To the extent a response is required, Plaintiffs do not contest subject matter jurisdiction for purposes of this action.

12. The allegations of paragraph 12 are legal conclusions to which no response is required. To the extent a response is required, Plaintiffs do not contest personal jurisdiction for purposes of this action.

13. The allegations of paragraph 13 are legal conclusions to which no response is required. To the extent a response is required, Plaintiffs do not contest venue for purposes of this action.

## BACKGROUND

14. Admitted that Array is the owner and assignee of the Patents-in-Suit, Loxo is an exclusive licensee under the Patents-in-Suit, BCC is an exclusive sublicensee under the Patents-in-Suit, and BHC is an exclusive sub-sublicensee under the Patents-in-Suit.

15. Admitted that the ’414 patent, entitled “Crystalline form of (S)-N-(5-((R)-2-(2,5-difluorophenyl)-pyrrolidin-1-yl)-pyrazolo[1,5-A]pyrimidin-3-yl)-3-

hydroxypyrrolidine-1-carboxamide hydrogen sulfate" was duly and legally issued on October 10, 2017.

16. Admitted that the '861 patent, entitled, "Crystalline form of (S)-N-(5-((R)-2-(2,5-difluorophenyl)-pyrrolidin-1-yl)-pyrazolo[1,5-A]pyrimidin-3-yl)-3-hydroxypyrrolidine-1-carboxamide hydrogen sulfate" was duly and legally issued on January 8, 2019.

17. Admitted that the '993 patent, entitled "Crystalline form of (S)-N-(5-((R)-2-(2,5-difluorophenyl)-pyrrolidin-1-yl)-pyrazolo[1,5-a]pyrimidin-3-yl)-3-hydroxypyrrolidine-1-carboxamide hydrogen sulfate" was duly and legally issued on October May 14, 2019.

18. Admitted that the '505 patent, entitled, "Crystalline form of (S)-N-(5-((R)-2-(2,5-difluorophenyl)-pyrrolidin-1-yl)-pyrazolo[1,5-A]pyrimidin-3-yl)-3-hydroxypyrrolidine-1-carboxamide hydrogen sulfate" was duly and legally issued on October 13, 2020.

19. Admitted that the '936 patent, entitled "Crystalline form of (S)-N-(5-((R)-2-(2,5-difluorophenyl)-pyrrolidin-1-yl)-pyrazolo[1,5-a]pyrimidin-3-yl)-3-hydroxypyrrolidine-1-carboxamide hydrogen sulfate" was duly and legally issued on October 27, 2020.

20. Admitted that BHCPI is the holder of New Drug Application ("NDA") No. 210861 for VITRAKVI® (larotrectinib sulfate) capsules.

21. Upon information and belief, admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Upon information and belief, admitted that APL has filed certifications of the type described in Section 505(j)(2)(B)(iv) of the FDCA, 21 U.S.C. § 355(j)(2)(B)(iv), with respect to the Patents-in-Suit, but denied that any claim of the Patents-in-Suit is invalid, unenforceable, and/or will not be infringed by Alembic's ANDA Products.

28. Admitted that, on August 13, 2025, Plaintiffs filed their Complaint for infringement in this Court, which speaks for itself.

29. The allegations of paragraph 29 are legal conclusions to which no response is required. To the extent a response is required, denied that Alembic does not infringe or will not infringe any valid and enforceable claim of the Patents-in-Suit.

30. Denied.

31. Admitted that Plaintiffs assert that Alembic is liable for infringement of the claims of the Patents-in-Suit. Plaintiffs deny the remaining allegations paragraph 31.

32. Denied.

**<u>FIRST COUNTERCLAIM</u>**

**(Declaratory Judgment of Non-Infringement of the ’414 Patent)**

33. Plaintiffs reassert as if fully set forth herein each of their responses to the foregoing paragraphs.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

**<u>SECOND COUNTERCLAIM</u>**

**(Declaratory Judgment of Invalidity of the ’414 Patent)**

38. Plaintiffs reassert as if fully set forth herein each of their responses to the foregoing paragraphs.

39. Denied.

40. Denied.

41. Denied.

## THIRD COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement of the ’861 Patent)**

42. Plaintiffs reassert as if fully set forth herein each of their responses to the foregoing paragraphs.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

## FOURTH COUNTERCLAIM

**(Declaratory Judgment of Invalidity of the ’861 Patent)**

47. Plaintiffs reassert as if fully set forth herein each of their responses to the foregoing paragraphs.

48. Denied.

49. Denied.

50. Denied.

## FIFTH COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement of the ’993 Patent)**

51. Plaintiffs reassert as if fully set forth herein each of their responses to the foregoing paragraphs.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

**<u>SIXTH COUNTERCLAIM</u>**

**(Declaratory Judgment of Invalidity of the ’993 Patent)**

56. Plaintiffs reassert as if fully set forth herein each of their responses to the foregoing paragraphs.

57. Denied.

58. Denied.

59. Denied.

**<u>SEVENTH COUNTERCLAIM</u>**

**(Declaratory Judgment of Non-Infringement of the ’505 Patent)**

60. Plaintiffs reassert as if fully set forth herein each of their responses to the foregoing paragraphs.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

## EIGHTH COUNTERCLAIM

**(Declaratory Judgment of Invalidity of the ’505 Patent)**

65. Plaintiffs reassert as if fully set forth herein each of their responses to the foregoing paragraphs.

66. Denied.

67. Denied.

68. Denied.

## NINTH COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement of the ’936 Patent)**

69. Plaintiffs reassert as if fully set forth herein each of their responses to the foregoing paragraphs.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

## TENTH COUNTERCLAIM

**(Declaratory Judgment of Invalidity of the ’936 Patent)**

74. Plaintiffs reassert as if fully set forth herein each of their responses to the foregoing paragraphs.

75. Denied.

76. Denied.

77. Denied.

## DEMAND FOR JUDGMENT

The "WHEREFORE" paragraphs following paragraph 77 state Prayer for Relief, to which no response is required. To the extent a response is required, Plaintiffs deny that Alembic is entitled to any of the relief in the prayer for relief, or to any relief whatsoever.

* * *

Any allegation in the Counterclaims not expressly admitted herein is hereby denied.

## AFFIRMATIVE DEFENSES TO COUNTERCLAIMS

Plaintiffs affirmatively state the following defenses, undertaking the burden of proof only to the extent required by law:

### FIRST AFFIRMATIVE DEFENSE

Each of Alembic's Counterclaims has failed to state a claim upon which relief can be granted. For example, Alembic has alleged no facts that, if true, would show that any of the Patents-in-Suit is invalid for any reason.

### SECOND AFFIRMATIVE DEFENSE

Alembic's Counterclaims have failed to state a claim upon which relief for exceptional cases under 35 U.S.C. § 285 can be granted.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs reserve the right to supplement and/or amend these affirmative defenses as may become available or apparent during discovery proceedings.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the following relief:

(a) A judgment that Alembic has infringed the Asserted Patents;

(b) A judgment ordering that the effective date of any FDA approval for Alembic to make, use, offer for sale, sell, market, distribute, or import the Alembic ANDA Products, or any product or compound which infringes or the use of which infringes one or more of the Asserted Patents, be no earlier than the latest expiration date of the relevant Asserted Patent(s), inclusive of any extension(s) and additional period(s) of exclusivity;

(c) A preliminary and permanent injunction enjoining Alembic, and all persons acting in concert with Alembic, from making, using, selling, offering for sale, marketing, distributing, or importing the Alembic ANDA Products, or any product or compound that infringes or the use of which infringes one or more Asserted Patents, or the inducement of or the contribution to any of the foregoing, prior to the latest expiration date of the relevant Asserted Patent(s), inclusive of any extension(s) and additional period(s) of exclusivity;

(d) A judgment declaring that the commercial manufacture, use, sale, offer for sale or importation of the Alembic ANDA Products prior to the expiration of the Asserted Patents will infringe, induce infringement, and/or contribute to the infringement of the Asserted Patents;

(e) A declaration that this is an exceptional case and an award of attorneys' fees to Plaintiffs pursuant to 35 U.S.C. § 285;

(f) An award of Plaintiffs' costs and expenses in this action; and

(g) Such further and other relief as this Court may deem just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Derek J. Fahnestock
Rodger D. Smith II (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs Bayer Consumer Care AG, Bayer HealthCare LLC, and Bayer HealthCare Pharmaceuticals Inc., Array Biopharma Inc., and Loxo Oncology, Inc.*

OF COUNSEL:

Dov P. Grossman
Alexander S. Zolan
Adam Pan
Farrah Bara
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
(202) 434-5000

November 10, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 10, 2025, upon the following in the manner indicated:

Anne Shea Gaza — *VIA ELECTRONIC MAIL*
Daniel G. Mackrides
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
*Attorneys for Defendants*

Aziz Burgy — *VIA ELECTRONIC MAIL*
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
*Attorneys for Defendants*

Ricardo S. Camposanto — *VIA ELECTRONIC MAIL*
AXINN, VELTROP & HARKRIDER LLP
55 Second Street
San Francisco, CA 94105
*Attorneys for Defendants*

Ross E. Blau — *VIA ELECTRONIC MAIL*
AXINN, VELTROP & HARKRIDER LLP
45 Rockefeller Plaza
New York, NY 10111
*Attorneys for Defendants*

/s/ Derek J. Fahnestock
Derek J. Fahnestock (#4705)